UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>For the use and benefit of )<br>FARMER & IRWIN CORPORATION, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>TRAVELERS CASUALTY AND )<br>SURETY COMPANY OF AMERICA, )<br> )<br>Defendant. )<br>_____ ) | CIVIL ACTION NO. 9:16-cv-81728 |

**ORDER GRANTING MOTION FOR**
**STAY OF LITIGATION PENDING ARBITRATION**

THIS CAUSE having come before the Court on the Defendant's Motion for Stay of Litigation Pending Arbitration (the "Motion") [DE 14], pursuant to the Federal Rules of Civil Procedure and Southern District Local Rule 7.1. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. The stay shall be GRANTED and the case be administratively closed until the conclusion of the arbitration between Manhattan Construction Company and Blackhawk-JAMCO.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 19th day of December 2016.

_____
United States District Judge
Honorable Kenneth A. Marra

Copies furnished to: All Counsel of Record